# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

July 27, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: OTWELL, MICHAEL K. & MALINDA M. GABEL-OTWELL     Case # 10-11844MJK
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $8.99. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    _____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Name | Amount | Claim Register # |
|---|---|---|---|
| Claimant | CGF Anesthesiology Associates, PC | $2.46 | 2 |
| Claimant | Law Office of Atty Thomas W. Reed II | $0.62 | 4 |
| Claimant | LVNV Funding LLC | $4.62 | 20 |
| Claimant | LVNV Funding LLC | $1.29 | 25 |

FILED
JUL 27 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

THOMAS J. GAFFNEY
Trustee

# Claims Proposed Distribution
## Case: 10-11844   OTWELL, MICHAEL K.

| Case Balance: | $1,500.18 | Total Proposed Payment: | $1,500.18 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | THOMAS J. GAFFNEY <2200-00 Trustee Expenses> | Admin Ch. 7 | 57.08 | 57.08 | 0.00 | 57.08 | 57.08 | 1,443.10 |
|  | THOMAS J. GAFFNEY <2100-00 Trustee Compensation> | Admin Ch. 7 | 375.05 | 375.05 | 0.00 | 375.05 | 375.05 | 1,068.05 |
|  | THOMAS J. GAFFNEY, ESQ. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 7.26 | 7.26 | 0.00 | 7.26 | 7.26 | 1,060.79 |
|  | THOMAS J. GAFFNEY, ESQ. <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 360.00 | 360.00 | 0.00 | 360.00 | 360.00 | 700.79 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 799.39 | 799.39 | 0.00 | 799.39 | 799.39 | |
| 1 | TARGET NATIONAL BANK | Unsecured | 654.87 | 654.87 | 0.00 | 654.87 | 7.55 | 693.24 |
| 2 | CGF Anesthesiology Associates, PC | Unsecured | 213.00 | 213.00 | 0.00 | 213.00 | 2.46 | 690.78 |
| 3 | American Infosource Lp As Agent for | Unsecured | 1,553.57 | 1,553.57 | 0.00 | 1,553.57 | 17.91 | 672.87 |
| 4 | Law Office of Atty Thomas W. Reed II | Unsecured | 54.00 | 54.00 | 0.00 | 54.00 | 0.62 | 672.25 |
| 5 | Chase Bank USA, N.A. | Unsecured | 485.12 | 485.12 | 0.00 | 485.12 | 5.59 | 666.66 |
| 6 | American Infosource Lp As Agent for | Unsecured | 976.21 | 976.21 | 0.00 | 976.21 | 11.26 | 655.40 |
| 7 | Erie County Dept. of Social Services  Claim Memo: 1/26/11 ORDER | Unsecured | 15,022.64 | 15,022.64 | 0.00 | 15,022.64 | 173.21 | 482.19 |
| 8 | GE Money Bank | Unsecured | 1,580.80 | 1,580.80 | 0.00 | 1,580.80 | 18.23 | 463.96 |
| 9 | GE Money Bank | Unsecured | 1,133.39 | 1,133.39 | 0.00 | 1,133.39 | 13.07 | 450.89 |
| 10 | GE Money Bank | Unsecured | 1,125.81 | 1,125.81 | 0.00 | 1,125.81 | 12.98 | 437.91 |
| 11 | GE Money Bank | Unsecured | 1,130.33 | 1,130.33 | 0.00 | 1,130.33 | 13.03 | 424.88 |
| 12 | GE Money Bank | Unsecured | 872.28 | 872.28 | 0.00 | 872.28 | 10.06 | 414.82 |
| 13 | Chase Bank USA,N.A | Unsecured | 671.95 | 671.95 | 0.00 | 671.95 | 7.75 | 407.07 |
| 14 | Paramount Recovery Corp. | Unsecured | 1,647.24 | 1,647.24 | 0.00 | 1,647.24 | 18.99 | 388.08 |
| 15 | Capital Recovery III LLC | Unsecured | 975.17 | 975.17 | 0.00 | 975.17 | 11.24 | 376.84 |
| 16 | PHARIA L.L.C. | Unsecured | 2,132.56 | 2,132.56 | 0.00 | 2,132.56 | 24.59 | 352.25 |
| 17 | PHARIA L.L.C. | Unsecured | 2,594.23 | 2,594.23 | 0.00 | 2,594.23 | 29.91 | 322.34 |
| 18 | Diligentsia Capital Group LLC | Unsecured | 2,957.00 | 2,957.00 | 0.00 | 2,957.00 | 34.09 | 288.25 |
| 19 | Boulevard FCU | Unsecured | 10,542.52 | 10,542.52 | 0.00 | 10,542.52 | 121.56 | 166.69 |
| 20 | LVNV Funding LLC | Unsecured | 400.71 | 400.71 | 0.00 | 400.71 | 4.62 | 162.07 |
| 21 | PYOD LLC its successors and assigns as assignee of | Unsecured | 849.87 | 849.87 | 0.00 | 849.87 | 9.80 | 152.27 |

# Claims Proposed Distribution
## Case: 10-11844 OTWELL, MICHAEL K.

| Case Balance: | $1,500.18 | Total Proposed Payment: | $1,500.18 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 22 | PYOD LLC its successors and assigns as assignee of | Unsecured | 761.17 | 761.17 | 0.00 | 761.17 | 8.78 | 143.49 |
| 23 | PYOD LLC its successors and assigns as assignee of | Unsecured | 774.51 | 774.51 | 0.00 | 774.51 | 8.93 | 134.56 |
| 24 | PYOD LLC its successors and assigns as assignee of | Unsecured | 563.84 | 563.84 | 0.00 | 563.84 | 6.50 | 128.06 |
| 25 | LVNV Funding LLC | Unsecured | 111.59 | 111.59 | 0.00 | 111.59 | 1.29 X | 126.77 |
| 26 | PYOD LLC its successors and assigns as assignee of | Unsecured | 4,236.04 | 4,236.04 | 0.00 | 4,236.04 | 48.84 | 77.93 |
| 27 | Fia Card Services, NA/Bank of America | Unsecured | 6,759.24 | 6,759.24 | 0.00 | 6,759.24 | 77.93 | 0.00 |
| SUBTOTAL FOR UNSECURED | | | 60,779.66 | 60,779.66 | 0.00 | 60,779.66 | 700.79 | |
| | Total for Case 10-11844 : | | $61,579.05 | $61,579.05 | $0.00 | $61,579.05 | $1,500.18 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $799.39 | $799.39 | $0.00 | $799.39 | 100.000000% |
| Total Unsecured Claims : | $60,779.66 | $60,779.66 | $0.00 | $700.79 | 1.153001% |